**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01331-LTB-MEH

KATHERINE HANSON, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

       Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation,

       Defendant.

_____

**ORDER**
_____

Upon Plaintiff Hanson's Response to Defendant's Motion to Dismiss Second Claim for Relief (Doc 13 - filed August 28, 2006) and Plaintiffs' Combined Response to Defendant's Motion to Dismiss Plaintiffs' Second Claim for Relief and Dismissal of Plaintiffs' Second Claim for Relief (Doc 14 - filed August 28, 2006), it is

ORDERED that Defendant's Motion to Dismiss Second Claim for Relief, Doc 7 - filed July 10, 2006, is GRANTED, each party to pay their own attorneys' fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   August 30, 2006