IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-01331-LTB-MEH | Date:   December 15, 2006 |
| Courtroom Deputy:  Ellen E. Miller | **FTR – Courtroom A601** |

| | |
|---|---|
| KATHERINE HANSON and | Stephen P. Holmes |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Donald G. Moore |

Plaintiff(s);

vs.

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Hilary Dawn Wells |

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING and STATUS CONFERENCE**
**Court in session:       9:14 a.m.**
Court calls case.  Telephonic appearances of counsel.

Opening statements by the Court.

Argument by Ms. Wells in support of Defendant's motion for protective order.
Arguments  by Mr. Moore and Mr. Holmes.


**ORDERED:**   Defendant's  FIRST   MOTION  FOR   PROTECTIVE ORDER (Docket No.
**23,**  Filed November 29, 2006) is  **TAKEN UNDER ADVISEMENT.**


**Court in recess:        9:36 a.m.  (Hearing concluded)**
**Total time in court:**  0:22