IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01331-LTB-MEH

KATHERINE HANSON, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 12, 2007.**

For good cause shown, the Joint Motion to Amend Scheduling Order [Filed January 10, 2007; Docket #28] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | February 14, 2007 |
| Rebuttal expert disclosures: | March 16, 2007 |
| Discovery cut-off: | March 30, 2007 |
| Dispositive motion deadline: | April 30, 2007 |