IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01331-LTB-MEH

KATHERINE HANSON, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 12, 2007.**

     Defendant's Unopposed Motion to Amend Scheduling Order [Filed March 9, 2007; Docket #33] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Rebuttal expert disclosures: | April 16, 2007 |
| Discovery cut-off: | April 30, 2007 |
| Dispositive motions: | May 30, 2007 |