**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01331-LTB-MEH

KATHERINE HANSON, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation,

      Defendant.
_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Plaintiff American Family Insurance Company Claims Against U.S. Bank National Association With Prejudice (Doc 37 - filed March 15, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims between Plaintiff American Family Insurance Company and Defendant U.S. Bank National Association shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 16, 2007