**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01331-LTB-MEH

KATHERINE HANSON, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, a Minnesota corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 40 - filed April 26, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED:   April 30, 2007